# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRITTANY MOORE,** | * | CIVIL ACTION NO. 2:20-cv-00217 |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE GREG GERARD GUIDRY |
| **MW SERVICING, LLC;** | * | |
| **WBH SERVICING, LLC; and** | * | MAGISTRATE JUDGE |
| **JOSHUA BRUNO,** | * | MICHAEL NORTH |
| Defendants | * | |

\* \* \* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Bruno, Inc. submits the following corporate disclosure statement:

Bruno, Inc. is a Nevada corporation which has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

*/s/ Emily E. Ross*
H. Minor Pipes, III, 24603
Stephen L. Miles, 31263
Emily E. Ross, 34739
PIPES | MILES | BECKMAN LLC
1100 Poydras Street, Suite 1800
New Orleans, LA 70163
Telephone: 504-322-7070
Facsimile: 504-322-7520
Email: mpipes@pipesmiles.com
smiles@pipesmiles.com
eross@pipesmiles.com

*Counsel for Defendants*