MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 18, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY MOORE | CIVIL ACTION |
| VERSUS | NUMBER: 20-0217 |
| MW SERVICING, L.L.C., ET AL. | SECTION: "T"(5) |

As a result of follow-up discussions among the Court and the parties, a settlement agreement was reached in the above matter as to the claims of the individual plaintiffs; the material terms of the settlement agreement were memorialized on the record (Court Reporter: Nichelle Drake). The matter of attorneys' fees and costs is reserved for resolution by the Court.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE GREG G. GUIDRY

MJSTAR (00:10)