UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRITTANY MOORE, et al. | CIVIL ACTION |
| VERSUS | NO: 20-00217 |
| MW SERVICING, LLC, et al. | SECTION: T (5) |

## ORDER OF DISMISSAL

The Court having been advised by counsel and the Magistrate Judge (R. Doc. 268) that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby dismissed, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable amount of time. During this period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties and resolving the matter of attorneys' fees and costs.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 28th day of September 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE