## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BRITTANY MOORE**                                                  **CIVIL ACTION**

**VERSUS**                                                                **NUMBER: 20-217**

**MW SERVICING, L.L.C., ET AL.**                          **SECTION: "T"(5)**

### REPORT AND RECOMMENDATION

Before the Court on an Order of referral is Plaintiffs' Motion to Enforce Settlement, filed under seal. (Rec. doc. 276). In response to that motion, Defendants filed a "Limited Opposition," in which they concede that "judgment should be entered by this Court in favor of Christopher Willridge [and] Dmitry Feller in the . . . agreed upon settlement values of their cases."[1] (Rec. doc. 281).

Based upon the Court's many meetings and conferences with the parties and their counsel, the fact that it presided over the proceeding in which settlement terms were stated on the record, and Defendants' concession that the amounts reflected in the transcript of that proceedings are owed to Plaintiffs,

**IT IS RECOMMENDED** that the motion be granted and that judgment be entered against Defendants and in favor of Plaintiffs, Christopher Willridge and Dmitry Feller, in the amounts reflected in the sealed transcript of proceedings before this Court in which the terms of the settlement were stated on the record. (Rec. doc. 270).

**IT IS FURTHER RECOMMENDED** that Plaintiffs' counsel be given the opportunity to brief their entitlement to and/or the appropriate quantum of attorneys' fees and costs due them as counsel for the prevailing parties in this FLSA action.

---

[1] The Court omits the actual values here, as the settlement was confidential. There is no dispute that the appropriate amounts are reflected in the sealed transcript of proceedings before this Court in which the terms of the settlement were stated on the record. (Rec. doc. 270).

**NOTICE OF RIGHT TO OBJECT**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this  5th  day of        June       , 2024.

_____<br>
MICHAEL B. NORTH<br>
UNITED STATES MAGISTRATE JUDGE