UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRITTANY MOORE**                                                                   **CIVIL ACTION**

**VERSUS**                                                                                       **NUMBER: 20-217**

**MW SERVICING, L.L.C., ET AL.**                                              **SECTION: "T"(5)**

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the absence of any objections from any party to the Magistrate Judge's Report and Recommendation (*see* R. Doc. 286), hereby approves the Magistrate Judge's Report and Recommendation (R. Doc. 285) and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Sealed Motion to Enforce Settlement (R. Doc. 276) is GRANTED and that JUDGMENT is entered against Defendants and in favor of Plaintiffs, Christopher Willridge and Dmitry Feller, in the amounts reflected in the sealed transcript of proceedings before this Court in which the terms of the settlement were stated on the record. (R. Doc. 270).

**IT IS FURTHER ORDERED** that Plaintiffs' counsel are given the opportunity to brief their entitlement to and/or the appropriate quantum of attorneys' fees and costs due them as counsel for the prevailing parties in this FLSA action.

New Orleans, Louisiana this 1st day of July, 2024.

_Greg Gerard Guidry_
**UNITED STATES DISTRICT JUDGE**