# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRITTANY MOORE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 20-217** |
| **MW SERVICING, L.L.C., ET AL.** | **SECTION: "T" (5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation (rec. doc. 297), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Attorneys' Fees (rec. doc. 289) is **GRANTED IN PART** and Plaintiffs are awarded a total of $153,595.36 ($147,245.00 + $6,350.36) in attorneys' fees and costs.

New Orleans, Louisiana, this 4th day of December, 2024.

_____
**UNITED STATES DISTRICT JUDGE**